**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| PETER K. MAINA, § | |
| (A#093441221) § | |
| § | |
| Petitioner, § | |
| § | |
| vs. § | CIVIL ACTION H-14-0460 |
| § | |
| ERIC H. HOLDER, JR., *et al.,* § | |
| § | |
| Respondents. § | |

**MEMORANDUM AND OPINION**

Peter Maina, an detainee formerly in the custody of the United States Immigration and Customs Enforcement (ICE) division of the Department of Homeland Security, filed this petition for a writ of habeas corpus on February 21, 2014. He challenges his continued detention pending removal. A copy of this court's order, (Docket Entry No. 6), entered on July 30, 2014 was returned as undeliverable because the petitioner had been released, (Docket Entry No. 8).

Maina is no longer in ICE custody. Under Local Rule 83.4, a *pro se* litigant is responsible for keeping the Clerk advised in writing of his current address. Maina has failed to provide the court with an accurate, current address. Dismissal for want of prosecution and failure to follow the court's rules is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. MOORE, FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 1998).

This action is dismissed without prejudice for want of prosecution.

  SIGNED on August 8, 2014, at Houston, Texas.

                Lee H. Rosenthal
               United States District Judge